UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**GREGORY MCDANIEL,**

    Petitioner,

v.

    Crim No. 04-80001
    Case No. 05-71395
    Hon. Bernard A. Friedman

**THE UNITED STATES OF AMERICA,**

    Respondent.

_____/

## MEMORANDUM OPINION AND ORDER

This matter is before the Court on Magistrate Judge R. Steven Whalen's Report and Recommendation dated October 20, 2005. No objections were filed.

This Court has had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.

ACCORDINGLY:

IT IS HEREBY ORDERED that Magistrate Judge R. Steven Whalen's Report and Recommendation dated October 20, 2005, is hereby accepted and adopted.

IT IS FURTHER ORDERED that petitioner's motion to vacate sentence under U.S.C. §2255 is denied.

    December 12, 2005
      Detroit, Michigan

    s/Bernard A. Friedman
      BERNARD A. FRIEDMAN
      CHIEF JUDGE

**I hereby certify that a copy of the foregoing document was served this date upon counsel of record electronically and/or via first-class mail.**

    **/s/ Patricia Foster Hommel**
      **Patricia Foster Hommel**
    **Secretary to Chief Judge Friedman**